IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| MICHAEL DISHMOND, individually and as the administrator of the estate of Teresa Dishmond, deceased, | * * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 114-083 |
| UNITED STATES OF AMERICA, | * * | |
| Defendant. | * * | |

**O R D E R**

Presently before the Court is Plaintiff's motion to dismiss his case with prejudice. (Doc. 38.) Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs. The Clerk shall **TERMINATE** all deadlines and motions, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of April, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA